# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

United States of America
      Plaintiff(s),

V.

Carl Morris
      Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __17CR201__

Notice is hereby given that, subject to approval by the court, __Carl Morris__ (Party(s) Name) substitutes __Charlie Carrillo__ (Name of New Attorney), State Bar No. __5025697__ as counsel of record in place of __Frederick R. Petti__ (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | J. Iandolo Law, PC |
| Address: | 7621 13th Avenue, Brooklyn New York 11228 |
| Telephone: | (718) 305-1702     Facsimile (718) 395-1732 |
| E-Mail (Optional): | jiandolo@jiandololaw.com |

I consent to the above substitution.
Date: _____
(Signature of Party(s))

I consent to being substituted.
Date: __08/04/2020__
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: __7/17/2020__
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __8/13/2020__
Judge

Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]