# UNITED STATES DISTRICT COURT

Southern District of New York

United States of America
Plaintiff(s),

v.

Carl Morris
Defendant(s),

CASE NUMBER: 17CR201

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

Notice is hereby given that, subject to approval by the court, __Carl Morris__ substitutes
(Party (s) Name)

__Jeremy M. Iandolo__ , State Bar No. __54942707__ as counsel of record in
(Name of New Attorney)

place of __Frederick R. Petti__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     J. Iandolo Law, PC
Address:       7621 13th Avenue, Brooklyn New York 11228
Telephone:     (718) 305-1702          Facsimile (718) 395-1732
E-Mail (Optional):  jiandolo@jiandololaw.com

I consent to the above substitution.

Date:  _____
                                        _____
                                        (Signature of Party (s))

I consent to being substituted.

Date: 08/04/2020
                                        _____
                                        (Signature of Former Attorney (s))

I consent to the above substitution.

Date: 7/17/2020
                                        _____
                                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 8/13/2020
                                        _____
                                        Judge

Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.

Case 1:17-cr-00201-SHS   Document 6   Filed 08/04/20   Page 1 of 1