

*7621 13ᵗʰ Avenue, Brooklyn NY 11228*
*718.303.1702  Office*
*718.395.1732  Fax*
*JIandolo@jiandololaw.com*

**MEMO ENDORSED**

August 14, 2020

**BY ECF**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Carl Morris*
            17 Cr. 201 (SHS); 17 Cr. 243 (SHS)

Dear Judge Stein:

    Defense counsel writes on behalf of Defendant, Carl Morris to request at least a 45-day adjournment of Mr. Morris's sentence, due to multiple issues, including outstanding documentation as well as the instant pandemic. As of late, the undersigned is still awaiting additional material, including but not limited to the PSR. This Adjournment request is with the consent of the Government by A.U.S.A Fletcher.

    As stated supra, the crux of the herein request concerns itself with inter alia, an outstanding PSR, which the undersigned has yet to receive. Additionally, it is upon information and belief that Mr. Morris's travel is restricted due to the COVID-19 orders. Such an additional request may be made to accommodate said issue.

    Accordingly, with the Government's consent I am also requesting an extension of time for sentencing submissions, as the same cannot be completed, in a prudent manner without, having all documents, including the PSR.

    If the court deems that this adjournment is appropriate under the circumstances enumerated herein, defense counsel with the consent of the Government moves to exclude time pursuant to the Speedy Trial Act, between August 14, 2020 and the sentencing date.

**The sentencing is adjourned to November 18, 2020, at 4:00 p.m. Defense submissions are due by Nov. 4, the government submissions are due by Nov. 11.**

Sincerely,

*Jeremy M. Iandolo*

**Dated:  New York, New York**
         **August 14, 2020**

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.