UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 17-Cr-201 (SHS) |
| -v- | : | <u>ORDER</u> |
| CARL MORRIS, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The Court is in receipt of defendant's letter dated October 13, 2020, requesting an adjournment of the sentencing scheduled for November 18, 2020, the government's letter in response dated October 16, 2020 [Doc. No. 12], and the defendant's letter in reply dated October 19, 2020.  The defense has been requesting adjournments for a considerable period of time.

      IT IS HEREBY ORDERED that:

      1.     The sentencing is adjourned to January 7, 2021, at 11:00 a.m. The defense submissions are due by November 23, 2020, the government's submissions are due by November 30, 2020; and

      2.     No further requests for adjournments will be granted.

Dated:  New York, New York
          October 19, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.