

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 3, 2020

**BY ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Carl Morris*, 17 Cr. 201 (SHS)

Dear Judge Stein:

The Government respectfully submits this letter to update the Court on the status of the parties' efforts to resolve certain issues in advance of sentencing, currently set for January 7, 2021, and to request a further adjournment of the Government's deadline to file its sentencing submission. Since the Government's November 24, 2020 request for an adjournment until December 4, 2020 to file its submission, the parties have worked diligently to resolve many factual issues in this case. Those discussions have resulted in the parties reaching an agreement in principle with respect to the applicable range under the United States Sentencing Guidelines, and the parties are working to formalize that agreement. In an effort to further streamline the issues for the Court, the parties are now working to determine the appropriate forfeiture and restitution sums to be included in the agreement. The calculation of the restitution figure, in particular, has proven time-consuming, in particular as it requires the parties to identify thousands of individual victims and the precise losses sustained by those victims to be included in a restitution order.

Accordingly, the Government respectfully requests the Court adjourn the Government's deadline to file its sentencing submission two additional weeks until December 18, 2020. The Government is hopeful that its submission as filed on that date will include the parties' agreed-upon Guidelines range, forfeiture, restitution, and the Government's sentencing recommendation, and that there will be no need for the Court to conduct a hearing to resolve these issues. The defense consents to this adjournment request.

While the Government remains hopeful that the sentencing proceeding can proceed in January 2021, the Government understands the Court may wish to adjourn the January 7, 2021 sentencing date in light of Judge McMahon's recent standing order. The Government has no

objection to the Court doing so to a date convenient to the Court following the resumption of in-person court proceedings. The Government understands that defense counsel would prefer a sentencing date in February 2021, consistent with his prior application.

                                        Respectfully submitted,

                                        AUDREY STRAUSS
                                        Acting United States Attorney for the
                                        Southern District of New York

By: _____
                                        Kiersten A. Fletcher
                                        Benet J. Kearney
                                        Robert B. Sobelman
                                        Assistant United States Attorneys
                                        (212) 637-2238 / 2260 / 2616

Cc: Charlie E. Carrillo, Esq. (by ECF)
     Jeremy M. Iandolo, Esq. (by ECF)

        **The government's sentencing submission is due by December 18, 2020. The sentencing is adjourned to February 24, 2021, at 11:00 a.m.**

        **Dated:  New York, New York**

                **December 4, 2020**

                                          SO ORDERED
                                         _____
                                         SIDNEY H. STEIN
                                         U.S.D.J.