

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 18, 2020

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

**Re: *United States v. Carl Morris*, 17 Cr. 201 (SHS)**

Dear Judge Stein:

The Government respectfully submits this letter to update the Court on the status of the parties' efforts to resolve certain issues in advance of sentencing, currently set for February 24, 2021, and to request a further adjournment of the Government's deadline to file its sentencing submission. Since the Government's December 3, 2020 request for an adjournment until today to file its submission, the parties have continued to work diligently to resolve many issues in this case. In addition to the parties' previous agreement in principle with respect to the applicable range under the United States Sentencing Guidelines, the parties have now also agreed in principle to forfeiture and restitution amounts. The parties are close to formalizing that agreement, which has been reduced to writing and currently is being reviewed by the defendant.

Accordingly, the Government respectfully requests the Court adjourn the Government's deadline to file its sentencing submission for ten additional days. until December 28, 2020, by which point the Government anticipates the parties will have executed the agreement. The defendant consents to this adjournment request.

**Request granted.**

**Dated: New York, New York**
**December 21, 2020**

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: Robert B. Sobelman
Kiersten A. Fletcher
Benet J. Kearney
Robert B. Sobelman
Assistant United States Attorneys
(212) 637-2238 / 2260 / 2616

Cc: Charlie E. Carrillo, Esq. (by ECF)
Jeremy M. Iandolo, Esq. (by ECF)