

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 28, 2020

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Carl Morris*, 17 Cr. 201 (SHS)

Dear Judge Stein:

The Government respectfully submits this letter to update the Court on the status of the parties' efforts to resolve certain issues in advance of sentencing, currently set for February 24, 2021, and to request a further adjournment of the Government's deadline to file its sentencing submission. Since the Government's December 18, 2020 request for an adjournment until today to file its submission, the parties have continued to work diligently to resolve many issues in this case and the defendant has had an opportunity to review the Government's proposed agreement. Today, the defendant indicated he wished to review and present to the Government certain financial records as they relate to the appropriate forfeiture calculation in this case.

Accordingly, to allow the Government to do so, and to avoid burdening the Court with any additional adjournment requests, the Government respectfully requests the Court adjourn the Government's deadline to file its sentencing submission until January 27, 2020, by which point the Government anticipates the parties will either have executed the agreement or be prepared to present to the Court any remaining issues for the Court to resolve. The defendant consents to this adjournment request.

Request granted.

Dated: New York, New York
       December 29, 2020

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: *[signature]*
Kiersten A. Fletcher
Benet J. Kearney
Robert B. Sobelman
Assistant United States Attorneys
(212) 637-2238 / 2260 / 2616

Cc: Charlie E. Carrillo, Esq. (by ECF)
    Jeremy M. Iandolo, Esq. (by ECF)