UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,          :          17-Cr-201 (SHS)

          -v-                                              :          ORDER

CARL MORRIS,                                    :

                    Defendant.          :

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

          IT IS HEREBY ORDERED that the time of the sentencing scheduled for April 20, 2021, is moved to 11:00 a.m. The sentencing will take place in Courtroom 23A at the U.S. Courthouse, 500 Pearl Street, New York, New York.


Dated:  New York, New York
          April 15, 2021


                                        SO ORDERED

                                        _____
                                        SIDNEY H. STEIN
                                        U.S.D.J.