UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 17-Cr-201 (SHS) |
| -v- | : | ORDER |
| CARL MORRIS, | : | |
| Defendant. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the sentencing is scheduled for May 19, 2021, at 4:00 p.m. in Courtroom 23A.

Dated: New York, New York
         May 14, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.