UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CARL MORRIS,<br><br>                     Defendant. | 17-CR-201 (SHS)<br>ORDER |

SIDNEY H. STEIN, U.S. District Judge.

The Court held a sentencing hearing in this matter on May 19, 2021, with all parties in attendance. At that hearing, the Court modified defendant's bail conditions as follows:

1) The defendant's home confinement condition is lifted; and
2) The defendant shall abide by a curfew of 9:00 PM to 6:00 AM each night.

Dated: New York, New York
        May 21, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.