UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITED STATES OF AMERICA,  :  17-Cr-201 (SHS)

    -v-  :  ORDER

CARL MORRIS,  :

    Defendant.  :

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The defendant having been sentenced on May 19, 2021,

    IT IS HEREBY ORDERED that the Clerk of Court is directed to unseal the change of plea proceeding in this matter held on March 29, 2017, before Magistrate Judge Francis.

Dated: New York, New York
       May 26, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.