UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| United States of America | Order of Restitution |
|---|---|
| v. | 17 Cr. 201 (SHS) |
| CARL MORRIS, | |
| Defendant. | |

Upon the application of the United States of America, by its attorney, Audrey Strauss, United States Attorney for the Southern District of New York, Kiersten A. Fletcher, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Counts One through Three of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution.** Carl Morris, the Defendant, shall pay restitution in the total amount of $8,494,510.21 to the victims of the offenses charged in Counts One through Three of the Information. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

2. **Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
June 4, 2021

HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE